IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| LYVERIA HOPSON-LLOYD, ET AL., | § |  |
| --- | --- | --- |
| PLAINTIFFS, | § |  |
|  | § |  |
| V. | § | CASE NO. 3:18-CV-1285-S-BK |
|  | § |  |
| JIMMY D. JONES, ET AL., | § |  |
| DEFENDANTS. | § |  |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **TRANSFERRED** to the Eastern District of Texas, Lufkin Division.

SO ORDERED this 6th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE